UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CHRISTOPHER RAFANO,

                      Plaintiff,                           **ORDER**
                                                                                 CV 06-5367 (JFB) (ARL)

       -against-

PATCHOGUE-MEDFORD SCHOOL
DISTRICT, et al.,

                      Defendants.
---------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      By letter dated April 10, 2008, the defendants seek an order reopening discovery and compelling the plaintiff to provide certain documents that the defendant demanded during the plaintiff's deposition. The application is unopposed.

      The application is granted as unopposed. Accordingly, discovery is reopened for this limited purpose and the plaintiff is directed to produce the items referenced in defendants' letter by May 2, 2008. Given this ruling, the deadline for commencement of dispositive motion practice in accordance with District Judge Bianco's rules is extended to May 23, 2008. The final conference before the undersigned is adjourned to **June 18, 2008 at 11:00 a.m.** The proposed joint pretrial order shall be electronically filed in advance of the final conference.

Dated: Central Islip, New York                     **SO ORDERED:**
         April 21, 2008

                                                                     _____/s/_____
                                                                     ARLENE ROSARIO LINDSAY
                                                                     United States Magistrate Judge